## GÓMEZ *v.* SOTO NUSSA, JUEZ DE DISTRITO.

SOLICITUD para que se expida mandamiento de *Certiorari.*

No. 37.—Resuelto en diciembre 12, 1907.

CITACIÓN—COMPARECENCIA DE LA PARTE—JURISDICCIÓN.—La comparecencia del demandado ante la corte subsana cualquier defecto que pueda contener la citación, y es suficiente para que la corte adquiera jurisdicción.

ID.—ALEGACIONES.—Los hechos que no aparezcan de la faz de la demanda deben alegarse por medio de contestación, y no por excepción previa, que no puede contener nuevos hechos, sino que ha de admitir la verdad de los alegados en la demanda. Este principio tiene aplicación también á las cuestiones de jurisdicción.

ID.—CITACIÓN DEFECTUOSA—MOCIÓN PARA ELIMINAR.—En los casos en que el demandado no hubiere sido citado debidamente procede la presentación de una moción, justificada por declaración jurada, interesando la eliminación de la citación.

Los hechos están expresados en la opinión.

Abogado del peticionario: *Sr. Sama.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal:

Esta es una solicitud por la que se interesa la expedición de un auto de *certiorari.* Se estableció una demanda en la corte municipal de Mayagüez en reclamación de cincuenta y cuatro dollars y cuarenta centavos. En la solicitud se alega que el peticionario no fué notificado del procedimiento que contra él se estableció; que con posterioridad á la presentación de la demanda contra él establecida compareció ante la corte formulando excepción previa á la misma, basando la referida excepción en el hecho de ser él residente del pueblo de Añasco, por lo que la corte municipal de Mayagüez no tenía jurisdicción para conocer del caso. La corte desestimó la excepción por no haber comparecido el peticionario al juicio, dictando dicha corte sentencia contra él por la suma reclamada. El solicitante estableció apelación ante la Corte de Distrito de Mayagüez, donde fué descutida dicha excepción previa. Creemos que la Corte de Distrito de Mayagüez resolvió correctamente que el peticionario renunció al derecho que tenía de ser

notificado debidamente por haber comparecido y formulado excepción en la corte municipal.

La sección 87 del Código de Enjuiciamiento Civil determina la forma de promover acciones civiles por medio de demandas, y la 88 prescribe que el demandado renuncia al derecho de ser citado por el hecho de comparecer y contestar, ó tomar excepción.

La propia forma de presentar la cuestión de jurisdicción de la corte es, ya por contestación á la demanda expresando el hecho de residir en otro pueblo, ó por medio de una moción fundada en declaraciones juradas para anular las citaciones, si el demandado ha sido notificado indebidamente.

La excepción previa, sin embargo, según ha dicho el juez de distrito, admite la verdad de los hechos expresados en la demanda. No pueden presentarse nuevos hechos por medio de excepción. (*Guasp* v. *Sucesión Rosch,* Dec. de P. R., vol. II, p. 641.)

La objeción hecha en cuanto á que la corte municipal de Mayagüez, y, por consiguiente, la de Distrito de esa ciudad, no tenía competencia en apelación, fué debidamente desestimada, y no haciendo el peticionario alegación ninguna, la corte dictó sentencia en contra de él. El auto de *certiorari* debe ser denegado.

*Denegado.*

Jueces concurrente: Sres. Presidente Quiñones y Asociados, Hernández, Figueras y MacLeary.